Wednesday, April 24, 1991

## MOTION DOCKET

**87-1985.** State v. Bradley. *Scioto County,* No. 1583. On motion to produce/transmit record. Motion denied.

Wright, H. Brown and Resnick, JJ., dissent.

**90-1760.** Shirokey v. Marth. *Cuyahoga County,* Nos. 57267 and 57412. On motion for leave to file *amicus* of Ohio Municipal League. Motion granted.

**90-1986.** State v. Gray. *Lucas County,* No. L-89-239. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Association. Motion granted.

*Sua sponte, amicus* denied right to participate in oral argument.

Wright, H. Brown and Resnick, JJ., dissent.

**90-2236.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. On motion for stay and on motion to reconsider denial of motion to appoint counsel. Stay granted and the court of appeals is directed to appoint counsel.

**90-2287.** State v. Murnahan. *Clark County,* No. 2630. On motion to consolidate with 90-2288, *State* v. *Murnahan,* Clark County Nos. 2630 and 2161. Motion granted.

**90-2375.** Brennan v. Brennan. *Cuyahoga County,* No. 60658. On motion to clarify court's order and decision. Motion denied.

**90-2406.** Ohio Edison Co. v. Pub. Util. Comm. Public Utilities Commission, No. 89-1001-EL-AIR. On motion to reconsider denial of motion for leave to intervene. Motion denied.

Moyer, C.J., Douglas and H. Brown, JJ., dissent.

**90-2411.** Indus. Energy Consumers v. Pub. Util. Comm. Public Utilities Commission, No. 89-1001-EL-AIR. On motion for leave to file *amicus* of Ohio Manufacturers Association. Motion granted.

Moyer, C.J., not participating.

**91-41.** Ross v. Nationwide Mut. Ins. Co. *Franklin County,* No. 90AP-165. On motion for leave to file *amicus* of State Farm Mut. Auto. Ins. Co. Motion granted.

**91-557.** State v. Newsome. *Cuyahoga County,* No. 59868. On motion for leave to file delayed appeal. Motion granted.

**91-560.** State v. Baker. *Montgomery County,* No. CA 11712. On motion for leave to file delayed appeal. Motion denied.

Holmes, Douglas and H. Brown, JJ., dissent.